**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7209**

CHRISTOPHER DEMONT OWENS,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; WARDEN MCCALL;
CLAYTOR, Assistant Warden; MAUNCY, Assistant Warden; MAJOR
BUSH; LIEUTENANT MONROE; SERGEANT COTTER; LIEUTENANT HAROFF;
INVESTIGATOR SHUGART, Investigator; PEARSON, STG
Investigator; OFFICER MCBEE; OFFICER DILLARD; JEAN RUTLEDGE;
AMY ENLOC, Nurse; ALEWINE, Nurse; COMMISSIONER OZMINT,
Director; BOB OLSON, Food Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge.  (8:09-cv-00278-GRA-BHH)

Submitted:  September 29, 2009          Decided:  October 8, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Demont Owens, Appellant Pro Se.   James Victor
McDade, DOYLE, O'ROURKE, TATE & MCDADE, PA, Anderson, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Demont Owens appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Owens v. South Carolina Dep't of Corr.</u>, No. 8:09-cv-00278-GRA-BHH (D.S.C. June 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>